IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | CR 20-71-GF-BMM-JTJ |
|---|---|
| Plaintiff, | FINDINGS AND RECOMMENDATIONS |
| v. | |
| KATRINA MARIE BENNETT, | |
| Defendant. | |

## I.  Synopsis

Defendant Katrina Marie Bennett (Bennett) has been accused of violating the conditions of her supervised release. (Doc. 37). Bennett admitted alleged violation 1. Bennett's supervised release should be revoked. Bennett should be sentenced to TIME SERVED, with 22 months of supervised release to follow.

## II.  Status

Bennett plead guilty on March 17, 2021, to the offense of Possession with Intent to Distribute Controlled Substances, in violation of 21 U.S.C. §§ 841 (a)(1) and (b)(1)(B), as charged in Count 1 of the Superseding Information. (Doc. 26). Bennett was sentenced to 52 months of custody, with 4 years of supervised release

to follow. (Doc. 33). Bennett's current term of supervised release began on July 12, 2023.

### Petition

On February 24, 2026, the United States Probation Office filed a Petition requesting that the Court revoke Bennett's supervised release. (Doc. 37). The Petition alleged Bennett violated conditions of her supervised release by: (1) committing another federal, state, or local law, by being convicted on February 13, 2025, of the misdemeanor offense of Theft, second offense, in violation of Mont. Code Ann. § 45-6-301(1); and (2) failing to notify her probation officer that she had been cited for and convicted of such misdemeanor theft.

### Initial Appearance

Bennett appeared before the Court on March 25, 2025. Bennett was represented by counsel. Bennett stated that she had read the Petition and that she understood the allegations against her. Bennett waived her right to a preliminary hearing.

### Revocation hearing

Bennett appeared before the Court on March 25, 2025. The parties consented to proceed with the revocation hearing before the undersigned. Bennett admitted that she had violated the conditions of supervised release as set forth in the Petition by: (1) committing another federal, state, or local law, by being convicted on February

13, 2025, of the misdemeanor offense of Theft, in violation of Mont. Code Ann. § 45-6-301(1). The Government moved to dismiss allegation (2), which the Court granted. Bennett's admitted violation is serious and warrants revocation of her supervised release. The Court continued Bennett's sentencing until June 24, 2025.

**Sentencing hearing**

Bennett appeared before the Court on June 24, 2025. Bennett's violations are a Grade C.  Her criminal history category is III.  Bennett's underlying offense is a Class B felony.  Bennett could be incarcerated for up to 36 months.  Bennett could be ordered to remain on supervised release for 48 months less any custody time.  The United States Sentencing Guidelines call for a term of custody of 5 to 11 months.

### III.    Analysis

Pursuant to 18 U.S.C § 3583(e)(3), Bennett's supervised release should be revoked. Bennett should be sentenced to TIME SERVED, with 22 months of supervised release to follow. This sentence is sufficient but not greater than necessary.

### IV.    Conclusion

The Court informed Bennett that the above sentence would be recommended to the Chief United States District Judge Brian Morris.  The Court also informed Bennett of her right to object to these Findings and Recommendations within 14 days of this issuance.  The Court explained to Bennett that Judge Morris would

consider a timely objection before making a final determination on whether to revoke her supervised release and what, if any, sanction to impose. Bennett waived her right to appeal and allocute before Judge Morris.

The Court **FINDS:**

> That KATRINA MARIE BENNETT has violated the conditions of her supervised release by: (1) committing another federal, state, or local law, by being convicted on February 13, 2025, of the misdemeanor offense of Theft, in violation of Mont. Code Ann. § 45-6-301(1).

The Court **RECOMMENDS:**

> That the District Court revoke Bennett's supervised release and sentence Bennett to TIME SERVED, with 22 months of supervised release to follow.

### NOTICE OF RIGHT TO OBJECT TO FINDINGS AND RECOMMENDATIONS AND CONSEQUENCES OF FAILURE TO OBJECT

The parties may serve and file a written objections to the Findings and Recommendations within 14 days of their entry, as indicated on the Notice of Electronic Filing. 28 U.S.C. § 636(b)(1). A United States district court judge will make a de novo determination regarding any portion of the Findings and Recommendations to which objection is made. The district court judge may accept, reject, or modify, in whole or in part, the Findings and Recommendations. Failure to timely file written objections may bar a de novo determination by the district court judge and may waive the right to appear and allocute before a district court judge.

DATED this 27th day of June 2025

/s/ John Johnston
John Johnston
United States Magistrate Judge