**THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CR-20-71-GF-BMM** |
| Plaintiff, | |
| vs. | **ORDER** |
| KATRINA MARIE BENNETT, | |
| Defendant. | |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on June 27, 2025. (Doc. 47.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted an initial appearance on June 24, 2025.  (Doc. 46.) The government accused Katrina Bennett (Bennett) of violating the conditions of

her supervised release by: (1) committing another federal, state, or local law, by being convicted on February 13, 2025, of the misdemeanor offense of theft, second offense, in violation of Mont. Code Ann. § 45-6-301(1); and (2) failing to notify her probation officer that she had been cited for and convicted of such misdemeanor theft. (Doc. 37.)

At the revocation hearing, Bennett admitted that she had violated the conditions of her supervised release by: (1) committing another federal, state, or local law, by being convicted on February 13, 2025, of the misdemeanor offense of theft, second offense, in violation of Mont. Code Ann. § 45-6-301(1). The government moved to dismissed alleged violation 2, which Judge Johnston granted. (Doc. 46.)

Judge Johnston found that the violation Bennett admitted proves serious and warrants revocation, and recommended that she receive a custodial sentence TIME SERVED, with 22 months of supervised release to follow. The Court advised Bennett of her right to appeal and to allocute before the undersigned, she waived those rights.  (Doc. 46.) The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's  Findings and Recommendations (Doc. 47) are **ADOPTED IN FULL.  IT IS FURTHER**

**ORDERED** that Defendant Katrina Marie Bennett be sentenced to a term of custody of TIME SERVED, with 22 months of supervised release to follow.

DATED this 2nd day of July 2025.

_____

Brian Morris, Chief District Judge
United States District Court